UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY L. JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MGM HOLDINGS INC.; METRO-GOLDWYN-MAYER STUDIOS INC.; TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC; and TWENTY-FIRST CENTURY FOX, INC., DOES 1 1 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-00541-RSM<br><br>**STIPULATION AND ORDER TO RENOTE PENDING MOTION TO DISMISS AND REVISE BRIEFING SCHEDULE** |

COME NOW the parties in the above-referenced matter, by and through their attorneys of record, and hereby stipulate and request the Court to enter an Order as follows:

1. That Defendants' pending motion to dismiss (ECF No. 17), currently noted for consideration on Friday, May 12, 2017, be renoted, pursuant to Local Rule 7(1), for Friday, May 26, 2017; and

2. That Plaintiff's opposition to the pending motion to dismiss be served and filed no later than May 15, 2017, and Defendants' Reply be served and filed no later than May 26, 2017.

STIPULATION AND ORDER TO RENOTE PENDING MOTION
TO DISMISS - 1
CASE NO. 2:17-cv-00541-RSM

130763.0001/6935262.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

STIPULATED this 1st day of May, 2017.

                                                          LANE POWELL PC

By *s/John S. Devlin*
   John S. Devlin III, WSBA No. 23988
   devlinj@lanepowell.com
   1420 Fifth Avenue, Suite 4200
   PO Box 91302
   Seattle, WA 98111-9402
   T: 206.223.7000
   F: 206.223.7107

   Tamerlin J. Godley (*Admitted Pro Hac*)
   Samuel T. Boyd (*Admitted Pro Hac*)
   MUNGER, TOLLES & OLSON LLP
   350 S. Grand Avenue, 50th Floor
   Los Angeles, CA 90071
   T: 213.683.9100
   Email: tamerlin.godley@mto.com
          samuel.boyd@mto.com

Attorneys for Defendants MGM Holdings Inc., Metro-Goldwyn-Mayer Studios Inc., Twentieth Century Fox Home Entertainment LLC, and Twenty-First Century Fox, Inc.

EISENHOWER & CARLSON PLLC
(*Signed with permission*)

By *s/Alexander S. Kleinberg*
   Alexander S. Kleinberg, WSBA #34449
   1201 Pacific Ave., Suite 1200
   Tacoma, WA 98402-4395
   Tel: (253) 572-4500
   Email: akleinberg@eisenhowerlaw.com

   Alan Statman (Admitted Pro Hac)
   Sylvie Derrien (Admitted Pro Hac)
   Statman, Harris & Eyrich, LLC
   3700-Carew Tower
   441 Vine Street
   Cincinnati, OH 45202
   Email: ajstatman@statmanharris.com
          sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

STIPULATION AND ORDER TO RENOTE PENDING MOTION
TO DISMISS - 2
CASE NO. 2:17-cv-00541-RSM

130763.0001/6935262.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

This matter having come before the Court on the Parties' STIPULATION AND PROPOSED ORDER TO RENOTE PENDING MOTION TO DISMISS AND REVISE BRIEFING SCHEDULE and good cause having been shown, Defendants' motion to dismiss (Dkt. #17), currently noted for consideration on May 12, 2017, shall be renoted, for May 26, 2017.

IT IS SO ORDERED this 2nd day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/John S. Devlin*
John S. Devlin III, WSBA No. 23988
devlinj@lanepowell.com
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
T: 206.223.7000
F: 206.223.7107

Tamerlin J. Godley (*Admitted Pro Hac*)
Samuel T. Boyd (*Admitted Pro Hac*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
T: 213.683.9100
Email: tamerlin.godley@mto.com
samuel.boyd@mto.com

STIPULATION AND ORDER TO RENOTE PENDING MOTION TO DISMISS - 3
CASE NO. 2:17-cv-00541-RSM
130763.0001/6935262.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Attorneys for Defendants MGM Holdings Inc.,
Metro-Goldwyn-Mayer Studios Inc.,
Twentieth Century Fox Home Entertainment LLC, and
Twenty-First Century Fox, Inc.

EISENHOWER & CARLSON PLLC
(*Signed with permission*)

By *s/Alexander S. Kleinberg*
 Alexander S. Kleinberg, WSBA #34449
 1201 Pacific Ave., Suite 1200
 Tacoma, WA 98402-4395
 Tel: (253) 572-4500
 Email: akleinberg@eisenhowerlaw.com

 Alan Statman (*Admitted Pro Hac*)
 Sylvie Derrien (*Admitted Pro Hac*)
 Statman, Harris & Eyrich, LLC
 3700-Carew Tower
 441 Vine Street
 Cincinnati, OH 45202
 Email: ajstatman@statmanharris.com
 sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

STIPULATION AND ORDER TO RENOTE PENDING MOTION
TO DISMISS - 4
CASE NO. 2:17-cv-00541-RSM

130763.0001/6935262.1