UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY L. JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM HOLDINGS INC.; METRO-GOLDWYN-MAYER STUDIOS INC.; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC; and TWENTY-FIRST CENTURY FOX, INC., DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C17-541 RSM<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF |

This matter comes before the Court on Plaintiff Mary L. Johnson's Motion for Approval to File an Over-length Brief. Dkt. #25. Ms. Johnson's response to Defendants' Motion to Dismiss is due on May 15, 2017. Pursuant to local rule, her response cannot exceed twenty-four pages. LCR 7(e)(3). Ms. Johnson now requests a four page extension, allowing her brief to be twenty-eight pages in length. In support of this request, Ms. Johnson argues only that "[t]his is a putative class action with potentially national implication in which the Defendants have raised complex threshold issues of state and federal law concerning Plaintiff's right to maintain this action." Dkt. #25 at 2.

ORDER DENYING MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF - 1

| | |
|---|---|
| 1 | Motions seeking approval to file an over-length motion or brief are disfavored. LCR 7(f). |
| 2 | The Court finds that Ms. Johnson has failed to set forth sufficient grounds for her requested |
| 3 | extension. There is nothing particularly unique about a motion to dismiss a putative class action |
| 4 | that raises issues of state and federal law, and Ms. Johnson fails to provide the Court with further |
| 5 | details supporting her request. |
| 6 | Having reviewed the relevant briefing and the remainder of the record, the Court hereby |
| 7 | finds and ORDERS that Plaintiff Mary L. Johnson's Motion for Approval to File an Over-length |
| 8 | Brief (Dkt. #25) is DENIED. |
| 9 | Dated this 12th day of May 2017. |

Motions seeking approval to file an over-length motion or brief are disfavored. LCR 7(f). The Court finds that Ms. Johnson has failed to set forth sufficient grounds for her requested extension. There is nothing particularly unique about a motion to dismiss a putative class action that raises issues of state and federal law, and Ms. Johnson fails to provide the Court with further details supporting her request.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff Mary L. Johnson's Motion for Approval to File an Over-length Brief (Dkt. #25) is DENIED.

Dated this 12th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE