THE HON. CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY L. JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MGM HOLDINGS INC.; METRO-GOLDWYN-MAYER STUDIOS INC.; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC; and TWENTY-FIRST CENTURY FOX, INC., DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:17-cv-00541-RSM<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DEADLINES REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT** |

COME NOW the parties in the above-referenced matter, by and through their attorneys of record, and hereby stipulate as follows:

1. Defendants have filed a pending motion to dismiss (ECF No. 17) (the "Motion");

2. The Court's May 2, 2017 Order ("FRCP 26 Order") (ECF No. 22), set certain deadlines for the FRCP 26(a)(1) Conference, Initial Disclosures, and Joint Status Report and Discovery Plan;

3. Because of the pending Motion, the parties filed a stipulation and proposed order seeking to continue these deadlines by 30 days, which the Court granted on May 9, 2017 (ECF No. 26);

4. The current deadlines are: (a) June 29, 2017 for the FRCP 26(a)(1) Conference;

STIPULATION TO CONTINUE DEADLINES IN ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 1
CASE NO. 2:17-cv-00541-RSM

35376587.2 130763.0001/6935262.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1  (b) July 6, 2017 for service of Initial Disclosures, and (c) July 13, 2017 for filing of the Combined Joint Status Report and Discovery Plan;

5. The Court's ruling on the pending Motion may significantly impact the disclosures, discovery issues, and scheduling considerations to be addressed by the Parties in compliance with the Court's FRCP 26 Order;

6. Accordingly, the Parties agree that it serves the interests of judicial economy to continue by a further thirty (30) days the deadlines in the Court's FRCP 26 Order in order to allow time for the Motion to be resolved; and

7. The Parties respectfully request the Court to continue by a further thirty (30) days—or for a period of the Court's choosing—the deadlines in the Court's FRCP 26 Order.

STIPULATED this 23rd day of June, 2017.

LANE POWELL PC

By *s/John S. Devlin*
John S. Devlin III, WSBA No. 23988
devlinj@lanepowell.com
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
T: 206.223.7000
F: 206.223.7107

Tamerlin J. Godley (*Admitted Pro Hac*)
Samuel T. Boyd (*Admitted Pro Hac*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
T: 213.683.9100
Email: tamerlin.godley@mto.com
samuel.boyd@mto.com

Attorneys for Defendants MGM Holdings Inc., Metro-Goldwyn-Mayer Studios Inc., Twentieth Century Fox Home Entertainment LLC, and Twenty-First Century Fox, Inc.

EISENHOWER & CARLSON PLLC
(*Signed with permission*)

STIPULATION TO CONTINUE DEADLINES IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 2
CASE NO. 2:17-cv-00541-RSM

35376587.2 130763.0001/6935262.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

By _Sylvie Derrien_
Alexander S. Kleinberg, WSBA #34449
1201 Pacific Ave., Suite 1200
Tacoma, WA 98402-4395
Tel: (253) 572-4500
Email: akleinberg@eisenhowerlaw.com

Alan Statman (Admitted Pro Hac)
Sylvie Derrien (Admitted Pro Hac)
Statman, Harris & Eyrich, LLC
3700-Carew Tower
441 Vine Street
Cincinnati, OH 45202
Email: ajstatman@statmanharris.com
sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

### ORDER

This matter having come before the Court on the Parties' STIPULATION AND PROPOSED ORDER TO CONTINUE DEADLINES IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT and good cause having been shown,

IT IS SO ORDERED. The deadlines set forth in this Court's ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT, dated May 2, 2017 (ECF No. 22) and extended by thirty (30) days in its order of May 9, 2017 (ECF No. 26) are each continued by a further 30 days to:

(a) July 31, 2017 for the FRCP 26(a)(1) Conference; (b) August 7, 2017 for service of Initial Disclosures, and (c) August 14, 2017 for filing of the Combined Joint Status Report and Discovery Plan.

DATED this 26 day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DEADLINES IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 3
CASE NO. 2:17-cv-00541-RSM

35376587.2 130763.0001/6935262.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By *s/John S. Devlin*
   John S. Devlin III, WSBA No. 23988
   devlinj@lanepowell.com
   1420 Fifth Avenue, Suite 4200
   PO Box 91302
   Seattle, WA 98111-9402
   T: 206.223.7000
   F: 206.223.7107

   Tamerlin J. Godley (*Admitted Pro Hac*)
   Samuel T. Boyd (*Admitted Pro Hac*)
   MUNGER, TOLLES & OLSON LLP
   350 S. Grand Avenue, 50th Floor
   Los Angeles, CA 90071
   T: 213.683.9100
   Email: tamerlin.godley@mto.com
         samuel.boyd@mto.com

Attorneys for Defendants MGM Holdings Inc., Metro-Goldwyn-Mayer Studios Inc., Twentieth Century Fox Home Entertainment LLC, and Twenty-First Century Fox, Inc.

EISENHOWER & CARLSON PLLC
(*Signed with permission*)


By *s/Sylvie Derrien*
   Alexander S. Kleinberg, WSBA #34449
   1201 Pacific Ave., Suite 1200
   Tacoma, WA 98402-4395
   Tel: (253) 572-4500
   Email: akleinberg@eisenhowerlaw.com

   Alan Statman (*Admitted Pro Hac*)
   Sylvie Derrien (*Admitted Pro Hac*)
   Statman, Harris & Eyrich, LLC
   3700-Carew Tower
   441 Vine Street
   Cincinnati, OH 45202
   Email: ajstatman@statmanharris.com
         sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

STIPULATION TO CONTINUE DEADLINES IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT - 4
CASE NO. 2:17-cv-00541-RSM

35376587.2 130763.0001/6935262.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107