THE HON. CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY L. JOHNSON, individually and on )
behalf of all others similarly situated, )
                               )
                    Plaintiff, )     Case No.  2:17-cv-00541-RSM
                               )
     v. )     **STIPULATION AND ORDER TO**
                               )     **CONTINUE DEADLINES REGARDING**
MGM HOLDINGS INC.; METRO- )     **INITIAL DISCLOSURES, JOINT**
GOLDWYN-MAYER STUDIOS INC.; )     **STATUS REPORT, AND EARLY**
TWENTIETH CENTURY FOX HOME )     **SETTLEMENT**
ENTERTAINMENT LLC; and )
TWENTY-FIRST CENTURY FOX, INC.,)
DOES 1-10, inclusive, )
                               )
                   Defendants. )

       COME NOW the parties in the above-referenced matter, by and through their attorneys

of record, and hereby stipulate as follows:

       1.       Defendants have filed a pending motion to dismiss (ECF No. 17) (the "Motion");

       2.       The Court's May 2, 2017 Order ("FRCP 26 Order") (ECF No. 22), set certain

deadlines for the FRCP 26(a)(1) Conference, Initial Disclosures, and Joint Status Report and

Discovery Plan;

       3.       Because of the pending Motion, the parties filed a stipulation and proposed order

seeking to continue these deadlines by 30 days, which the Court granted on May 9, 2017 (ECF

No. 24).  A further 30 day extension was granted on June 26, 2017. (ECF No. 31).

       4.       The current deadlines are:  (a) July 31, 2017 for the FRCP 26(a)(1) Conference;

(b) August 7, 2017 for service of Initial Disclosures, and (c) August 14, 2017 for filing of the

STIPULATION AND ORDER TO CONTINUE DEADLINES IN ORDER
REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY
SETTLEMENT - 1
CASE NO. 2:17-cv-00541-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

Combined Joint Status Report and Discovery Plan;

5. The Court's ruling on the pending Motion may significantly impact the disclosures, discovery issues, and scheduling considerations to be addressed by the Parties in compliance with the Court's FRCP 26 Order;

6. Plaintiff's counsel Sylvie Derrien will be travelling in the late August and early September, the period in which some deadlines would fall if extended by 30 days.

7. Accordingly, the Parties agree that it serves the interests of judicial economy to continue by a further forty-two (42) days (to September 11, September 18, and September 25) the deadlines in the Court's FRCP 26 Order in order to allow time for the Motion to be resolved; and

8. The Parties respectfully request the Court to continue by a further forty-two (42) days—or for a period of the Court's choosing—the deadlines in the Court's FRCP 26 Order.

STIPULATED this 28th day of July, 2017.

LANE POWELL PC

By s/John S. Devlin
    John S. Devlin III, WSBA No. 23988
    devlinj@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98111-9402
    T: 206.223.7000

    Tamerlin J. Godley (*Admitted Pro Hac*)
    Samuel T. Boyd (*Admitted Pro Hac*)
    MUNGER, TOLLES & OLSON LLP
    350 S. Grand Avenue, 50th Floor
    Los Angeles, CA 90071
    T: 213.683.9100
    Email: tamerlin.godley@mto.com
          samuel.boyd@mto.com
Attorneys for Defendants MGM Holdings Inc.,
Metro-Goldwyn-Mayer Studios Inc., Twentieth
Century Fox Home Entertainment LLC, and
Twenty-First Century Fox, Inc.

STIPULATION AND ORDER TO CONTINUE DEADLINES IN ORDER
REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY
SETTLEMENT - 2
CASE NO. 2:17-cv-00541-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

EISENHOWER & CARLSON PLLC
(*Signed with permission*)


By  *s/Sylvie Derrien*
    Alexander S. Kleinberg, WSBA #34449
    1201 Pacific Ave., Suite 1200
    Tacoma, WA  98402-4395
    Tel:  (253) 572-4500
    Email: akleinberg@eisenhowerlaw.com

    Alan Statman (Admitted Pro Hac)
    Sylvie Derrien (Admitted Pro Hac)
    Statman, Harris & Eyrich, LLC
    3700-Carew Tower
    441 Vine Street
    Cincinnati, OH  45202
    Email:  ajstatman@statmanharris.com
           sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

STIPULATION AND ORDER TO CONTINUE DEADLINES IN ORDER
REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY
SETTLEMENT - 3
CASE NO. 2:17-cv-00541-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

<u>**ORDER**</u>

This matter having come before the Court on the Parties' STIPULATION AND PROPOSED ORDER TO CONTINUE DEADLINES IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT and good cause having been shown,

IT IS SO ORDERED.  The deadlines set forth in this Court's ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT, dated May 2, 2017 (ECF No. 22) and extended by thirty (30) days in its orders of May 9, 2018 and June 26, 2017 (ECF Nos. 24, 31) are each continued by a further 42 days to:

(a) September 11, 2017 for the FRCP 26(a)(1) Conference; (b) September 18, 2017 for service of Initial Disclosures, and (c) September 25, 2017 for filing of the Combined Joint Status Report and Discovery Plan.

DATED this 1 day of August 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/John S. Devlin*
   John S. Devlin III, WSBA No. 23988
   devlinj@lanepowell.com
   1420 Fifth Avenue, Suite 4200
   PO Box 91302
   Seattle, WA 98111-9402
   T: 206.223.7000
   F: 206.223.7107

STIPULATION AND ORDER TO CONTINUE DEADLINES IN ORDER
REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY
SETTLEMENT - 4
CASE NO. 2:17-cv-00541-RSM

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

Tamerlin J. Godley (*Admitted Pro Hac*)
Samuel T. Boyd (*Admitted Pro Hac*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
T: 213.683.9100
Email: tamerlin.godley@mto.com
samuel.boyd@mto.com

Attorneys for Defendants MGM Holdings Inc.,
Metro-Goldwyn-Mayer Studios Inc.,
Twentieth Century Fox Home Entertainment LLC, and
Twenty-First Century Fox, Inc.

EISENHOWER & CARLSON PLLC
(*Signed with permission*)

By *Sylvie Derrien*
Alexander S. Kleinberg, WSBA #34449
1201 Pacific Ave., Suite 1200
Tacoma, WA 98402-4395
Tel: (253) 572-4500
Email: akleinberg@eisenhowerlaw.com

Alan Statman (*Admitted Pro Hac*)
Sylvie Derrien (*Admitted Pro Hac*)
Statman, Harris & Eyrich, LLC
3700-Carew Tower
441 Vine Street
Cincinnati, OH 45202
Email: ajstatman@statmanharris.com
sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

STIPULATION AND ORDER TO CONTINUE DEADLINES IN ORDER
REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY
SETTLEMENT - 5
CASE NO. 2:17-cv-00541-RSM