UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY L. JOHNSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

MGM HOLDINGS INC.; METRO-GOLDWYN-MAYER INC.; METRO-GOLDWYN-MAYER STUDIOS INC.; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT DISTRIBUTION CORPORATION; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC and DOES 1-10 inclusive,

    Defendants.

Case No. 2:17-cv-00541-RSM

**STIPULATION AND ORDER TO CONTINUE CURRENT DEADLINES PENDING MEDIATION**

COME NOW the parties in the above-referenced matter, by and through their attorneys of record, and hereby stipulate as follows:

1. The parties wish to explore early settlement and resolution of this dispute before expending significant attorneys' fees and court resources. To that end, they have agreed to a mediator and are scheduling a mediation to occur before the end of October.

2. To allow time to participate in mediation and meaningful settlement discussions, and to allow time for Defendants to produce reasonable discovery on an expedited basis sufficient to facilitate meaningful settlement discussions, the parties have agreed, subject to the approval of the Court, to continue all deadlines in this matter pending that mediation.

3. Specifically, the parties request that:

STIPULATION AND ORDER TO CONTINUE CURRENT
DEADLINES PENDING MEDIATION - 1
CASE NO. 2:17-cv-00541-RSM

130763.0001/7057731.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

- Defendants' time to respond to the First Amended Class Action Complaint be continued from August 28 to November 15, 2017;
- the deadline for the FRCP 26(a)(1) Conference be continued to December 1, 2017;
- the deadline for service of Initial Disclosures be continued to December 14, 2017; and
- the deadline for filing of the Combined Joint Status Report and Discovery Plan be extended to December 20, 2017.

STIPULATED this 25th day of August, 2017.

LANE POWELL PC

By *s/John S. Devlin*
John S. Devlin III, WSBA No. 23988
devlinj@lanepowell.com
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
T: 206.223.7000
F: 206.223.7107

Tamerlin J. Godley (*Admitted Pro Hac*)
Samuel T. Boyd (*Admitted Pro Hac*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
T: 213.683.9100
Email: tamerlin.godley@mto.com
samuel.boyd@mto.com

Attorneys for Defendants MGM Holdings Inc., Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Home Entertainment LLC, Metro-Goldwyn-Mayer Home Entertainment Distribution Corporation, and Twentieth Century Fox Home Entertainment LLC

EISENHOWER & CARLSON PLLC
(*Signed with permission*)

STIPULATION AND ORDER TO CONTINUE CURRENT DEADLINES PENDING MEDIATION - 2
CASE NO. 2:17-cv-00541-RSM
130763.0001/7057731.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

By *s/Alexander S. Kleinberg*
Alexander S. Kleinberg, WSBA #34449
1201 Pacific Ave., Suite 1200
Tacoma, WA 98402-4395
Tel: (253) 572-4500
Email: akleinberg@eisenhowerlaw.com

Alan Statman (Admitted Pro Hac)
Sylvie Derrien (Admitted Pro Hac)
Statman, Harris & Eyrich, LLC
3700-Carew Tower
441 Vine Street
Cincinnati, OH 45202
Email: ajstatman@statmanharris.com
sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

### ORDER

This matter having come before the Court on the Parties' STIPULATION AND PROPOSED ORDER TO CONTINUE CURRENT DEADLINES PENDING MEDIATION and good cause having been shown,

IT IS SO ORDERED. Defendants' deadline to respond to Plaintiff's First Amended Class Action Complaint is continued to November 15, 2017. The deadline for the FRCP 26(a)(1) Conference is continued to December 1, 2017; the deadline for service of Initial Disclosures is continued to December 14, 2017; and the deadline for filing of the Combined Joint Status Report and Discovery Plan is continued to December 20, 2017.

DATED this 28th day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE CURRENT
DEADLINES PENDING MEDIATION - 3
CASE NO. 2:17-cv-00541-RSM

130763.0001/7057731.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | Presented by: |
| 2 | |
| | LANE POWELL PC |
| 3 | |
| 4 | By *s/John S. Devlin* |
| |    John S. Devlin III, WSBA No. 23988 |
| 5 |    devlinj@lanepowell.com |
| |    1420 Fifth Avenue, Suite 4200 |
| 6 |    PO Box 91302 |
| |    Seattle, WA 98111-9402 |
| 7 |    T: 206.223.7000 |
| |    F: 206.223.7107 |
| 8 | |
| |    Tamerlin J. Godley (*Admitted Pro Hac*) |
| 9 |    Samuel T. Boyd (*Admitted Pro Hac*) |
| |    MUNGER, TOLLES & OLSON LLP |
| 10 |    350 S. Grand Avenue, 50th Floor |
| |    Los Angeles, CA 90071 |
| 11 |    T: 213.683.9100 |
| |    Email: tamerlin.godley@mto.com |
| 12 |          samuel.boyd@mto.com |
| 13 | Attorneys for Defendants MGM Holdings Inc., Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Home Entertainment LLC, Metro-Goldwyn-Mayer Home Entertainment Distribution Corporation, and Twentieth Century Fox Home Entertainment LLC |
| 14 | |
| 15 | |
| 16 | |
| 17 | EISENHOWER & CARLSON PLLC |
| | (*Signed with permission*) |
| 18 | |
| 19 | By *s/Alexander S. Kleinberg* |
| |    Alexander S. Kleinberg, WSBA #34449 |
| 20 |    1201 Pacific Ave., Suite 1200 |
| |    Tacoma, WA 98402-4395 |
| 21 |    Tel: (253) 572-4500 |
| |    Email: akleinberg@eisenhowerlaw.com |
| 22 | |
| |    Alan Statman (*Admitted Pro Hac*) |
| 23 |    Sylvie Derrien (*Admitted Pro Hac*) |
| |    Statman, Harris & Eyrich, LLC |
| 24 |    3700-Carew Tower |
| |    441 Vine Street |
| 25 |    Cincinnati, OH 45202 |
| |    Email: ajstatman@statmanharris.com |
| 26 |          sderrien@statmanharris.com |
| 27 | Attorneys for Plaintiff Mary L. Johnson |

STIPULATION AND ORDER TO CONTINUE CURRENT
DEADLINES PENDING MEDIATION - 4
CASE NO. 2:17-cv-00541-RSM

130763.0001/7057731.1