UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY L. JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM HOLDINGS INC.; METRO-GOLDWYN-MAYER INC.; METRO-GOLDWYN-MAYER STUDIOS INC.; METRO-GOLDWYN-MAYER HOME ENTERTAINMENT LLC; MGM HOME ENTERTAINMENT DISTRIBUTION CORP.; TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC; and DOES 1- 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00541-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff, Mary L. Johnson, and Defendants, MGM Holdings Inc., Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Home Entertainment LLC, MGM Home Entertainment Distribution Corp. (each "MGM Defendant" and collectively "the MGM Defendants"), by and through their respective counsel, that all claims against the MGM Defendants, except Metro-Goldwyn-Mayer Studios Inc., in this matter may be dismissed without prejudice, and with each party to bear its own attorney's fees and costs. Metro-Goldwyn-Mayer Studios Inc. further

STIPULATION AND ORDER OF DISMISSAL WITHOUT
PREJUDICE - 1
CASE NO. 2:17-cv-00541-RSM
36128975.2 130763.0001/7057376.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

stipulates that it will not take the position in this litigation for any purpose that any other MGM Defendant should have been named in this litigation.

STIPULATED this 12th day of September 2017.

LANE POWELL PC

By *s/John S. Devlin*
John S. Devlin III, WSBA No. 23988
devlinj@lanepowell.com
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
T: 206.223.7000

Tamerlin J. Godley (*Admitted Pro Hac*)
Samuel T. Boyd (*Admitted Pro Hac*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
T: 213.683.9100
Email: tamerlin.godley@mto.com
samuel.boyd@mto.com

Attorneys for Defendants MGM Holdings Inc., Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Home Entertainment LLC, MGM Home Entertainment Distribution Corp., and Twentieth Century Fox Home Entertainment, LLC

EISENHOWER & CARLSON PLLC

By *s/Alexander S. Kleinberg by permission*
Alexander S. Kleinberg, WSBA #34449
1201 Pacific Ave., Suite 1200
Tacoma, WA 98402-4395
Tel: (253) 572-4500
Email: akleinberg@eisenhowerlaw.com

Alan Statman (Admitted Pro Hac)
Sylvie Derrien (Admitted Pro Hac)
Statman, Harris & Eyrich, LLC
3700-Carew Tower
441 Vine Street
Cincinnati, OH 45202
Email: ajstatman@statmanharris.com
sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE - 2
CASE NO. 2:17-cv-00541-RSM

36128975.2 130763.0001/7057376.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

IT IS SO ORDERED: All claims in this matter against defendants MGM Holdings Inc., Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Home Entertainment LLC, and MGM Home Entertainment Distribution Corporation are dismissed without prejudice and with the parties bearing their own attorney's fees and costs.

DATED this 19 day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/John S. Devlin*
John S. Devlin III, WSBA No. 23988
devlinj@lanepowell.com
1420 Fifth Avenue, Suite 4200
PO Box 91302
Seattle, WA 98111-9402
T: 206.223.7000
F: 206.223.7107

Tamerlin J. Godley (*Admitted Pro Hac*)
Samuel T. Boyd (*Admitted Pro Hac*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
T: 213.683.9100
Email: tamerlin.godley@mto.com
samuel.boyd@mto.com

Attorneys for Defendants MGM Holdings Inc., Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Home Entertainment LLC, MGM Home Entertainment Distribution Corp., and Twentieth Century Fox Home Entertainment, LLC

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE - 3
CASE NO. 2:17-cv-00541-RSM

36128975.2 130763.0001/7057376.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | EISENHOWER & CARLSON PLLC |
| 2 | |
| 3 | |
| 4 | By *s/Alexander S. Kleinberg by permission*<br>   Alexander S. Kleinberg, WSBA #34449 |
| |    1201 Pacific Ave., Suite 1200 |
| 5 |    Tacoma, WA  98402-4395 |
| |    Tel:  (253) 572-4500 |
| 6 |    Email: akleinberg@eisenhowerlaw.com |
| 7 |    Alan Statman (*Admitted Pro Hac*) |
| |    Sylvie Derrien (*Admitted Pro Ha*c) |
| 8 |    Statman, Harris & Eyrich, LLC |
| |    3700-Carew Tower |
| 9 |    441 Vine Street |
| |    Cincinnati, OH  45202 |
| 10 |    Email: ajstatman@statmanharris.com |
| |            sderrien@statmanharris.com |
| 11 | Attorneys for Plaintiff Mary L. Johnson |

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE - 4
CASE NO. 2:17-cv-00541-RSM

36128975.2 130763.0001/7057376.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107