UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY L. JOHNSON, individually and on
behalf of all others similarly situated,

                  Plaintiff,

    v.

METRO-GOLDWYN-MAYER
STUDIOS INC.; TWENTIETH
CENTURY FOX HOME
ENTERTAINMENT LLC

                  Defendants.

Case No.  2:17-cv-00541-RSM

***AMENDED* NOTICE OF SETTLEMENT AND STIPULATION REGARDING DEADLINES**

COME NOW the parties in the above-referenced matter, by and through their attorneys of record, and hereby stipulate as follows:

The parties have reached a settlement of this matter in principle as to all parties, subject to negotiation of the long form settlement agreement, which is underway.  Therefore, the parties request that:

- All current deadlines in this matter be vacated.
- A deadline of January 31, 2018, be set by which (1) Plaintiffs shall file a Motion for Preliminary Approval, or (2) the parties shall file a Joint Report re Status of Settlement.

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

STIPULATED this 10th day of November, 2017.

LANE POWELL PC

By s/John S. Devlin
    John S. Devlin III, WSBA No. 23988
    devlinj@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    PO Box 91302
    Seattle, WA 98111-9402
    T: 206.223.7000
    F: 206.223.7107

    Tamerlin J. Godley (*Admitted Pro Hac*)
    Samuel T. Boyd (*Admitted Pro Hac*)
    MUNGER, TOLLES & OLSON LLP
    350 S. Grand Avenue, 50th Floor
    Los Angeles, CA  90071
    T: 213.683.9100
    Email:  tamerlin.godley@mto.com
           samuel.boyd@mto.com

Attorneys for Defendants MGM Holdings Inc.,
Metro-Goldwyn-Mayer Studios Inc., Twentieth
Century Fox Home Entertainment LLC, and
Twenty-First Century Fox, Inc.

EISENHOWER & CARLSON PLLC
(*Signed with permission*)

By   s/Alexander S. Kleinberg
    Alexander S. Kleinberg, WSBA #34449
    1201 Pacific Ave., Suite 1200
    Tacoma, WA  98402-4395
    Tel:  (253) 572-4500
    Email: akleinberg@eisenhowerlaw.com

    Alan Statman (Admitted Pro Hac)
    Sylvie Derrien (Admitted Pro Hac)
    Statman, Harris & Eyrich, LLC
    3700-Carew Tower
    441 Vine Street
    Cincinnati, OH  45202
    Email:  ajstatman@statmanharris.com
           sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

AMENDED NOTICE OF SETTLEMENT AND STIPULATION REGARDING
DEADLINES- 2
CASE NO. 2:17-cv-00541-RSM
36989005.1 130763.0001/6935262.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

**ORDER**

This matter having come before the Court on the Parties' NOTICE OF SETTLEMENT

AND STIPULATION REGARDING DEADLINES and good cause having been shown, IT IS

SO ORDERED.  All current deadlines in this matter are vacated.  No later than January 31, 2018

either (1) Plaintiff shall file a Motion for Preliminary Approval, or (2) the parties shall file a Joint

Report re Status of Settlement.

DATED this 15 day of November, 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By s/John S. Devlin
    John S. Devlin III, WSBA No. 23988
    devlinj@lanepowell.com
    1420 Fifth Avenue, Suite 4200
    PO Box 91302
    Seattle, WA 98111-9402
    T: 206.223.7000
    F: 206.223.7107


    Tamerlin J. Godley (*Admitted Pro Hac*)
    Samuel T. Boyd (*Admitted Pro Hac*)
    MUNGER, TOLLES & OLSON LLP
    350 S. Grand Avenue, 50th Floor
    Los Angeles, CA  90071
    T: 213.683.9100
    Email:  tamerlin.godley@mto.com
            samuel.boyd@mto.com

AMENDED NOTICE OF SETTLEMENT AND STIPULATION REGARDING
DEADLINES- 3
CASE NO. 2:17-cv-00541-RSM

Attorneys for Defendants MGM Holdings Inc.,
Metro-Goldwyn-Mayer Studios Inc.,
Twentieth Century Fox Home Entertainment LLC, and
Twenty-First Century Fox, Inc.


EISENHOWER & CARLSON PLLC
(*Signed with permission*)


By *s/Alexander S. Kleinberg*
   Alexander S. Kleinberg, WSBA #34449
   1201 Pacific Ave., Suite 1200
   Tacoma, WA 98402-4395
   Tel: (253) 572-4500
   Email: akleinberg@eisenhowerlaw.com

   Alan Statman (*Admitted Pro Hac*)
   Sylvie Derrien (*Admitted Pro Hac*)
   Statman, Harris & Eyrich, LLC
   3700-Carew Tower
   441 Vine Street
   Cincinnati, OH 45202
   Email: ajstatman@statmanharris.com
           sderrien@statmanharris.com

Attorneys for Plaintiff Mary L. Johnson

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107