UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARY L. JOHNSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>MGM HOLDINGS, INC,<br><br>　　　　Defendant,<br><br>　and<br><br>METRO-GOLDWYN-MAYER STUDIOS, INC. and TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC,<br><br>　　　　Defendants - Appellees. | No. 18-35967<br><br>D.C. No. 2:17-cv-00541-RSM<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

　　　　The judgment of this Court, entered December 02, 2019, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7